## Violante, Appellant, *v.* Militzer.

Argued April 12, 1971. *Robert B. Truel,* with him *Truel & Ploeger,* for appellant; *Robert S. Grigsby,* with him *Janet N. Valentine,* and *Thomson, Rhodes & Grigsby,* for appellee.

Judgment affirmed.

June 30, 1971

## Baltimore & Ohio Railroad Company *v.* Campbell et al., Appellants.

Argued April 14, 1971. *Herbert Grigsby,* with him *Thomson, Rhodes & Grigsby,* for appellants; *William C. Robinson,* with him *Henninger & Robinson,* for appellee.

Judgments affirmed.